AKIN GUMP STRAUSS HAUER & FELD LLP
KAREN J. KUBIN (SBN 71560)
HEATHER BURROR (SBN 205803)
AMIT KURLEKAR (*PRO HAC VICE*)
580 California Street, Suite 1500
San Francisco, California 94101
Telephone:    415-765-9500
Facsimile:    415-765-9501

Attorneys for Defendant
84 LUMBER COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS KINGERY,<br><br>                    Plaintiff,<br><br>   v.<br><br>84 LUMBER COMPANY; and DOES 1-100, inclusive,<br><br>                    Defendants. | Case No. C 06 3195 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

WHEREAS, on July 31, 2006, the Court referred this case to mediation;

WHEREAS, at the August 18, 2006 Initial Case Management Conference the Court scheduled a further Case Management Conference on November 3, 2006 to discuss the status of the case after the parties' mediation;

WHEREAS, the parties would like to continue the further Case Management Conference until after the mediation, which is currently scheduled to take place on November 28, 2006; and

WHEREAS, the first Friday both parties are available to attend a further Case Management Conference following the mediation is Friday, December 22, 2006;

1  NOW, THEREFORE, the parties hereby stipulate and agree to continue the Case Management
2  Conference currently scheduled for November 3, 2006, until December 22, 2006, or on the Court's
3  next available date thereafter.

4

5  Dated:  October 26, 2006                           AKIN GUMP STRAUSS HAUER & FELD LLP

6

7                                                    By_____/s/_____
                                                           Heather Burror

8                                                    Attorneys for Defendant
                                                     84 LUMBER COMPANY
9
10 Dated:  October 26, 2006                          LAW OFFICES OF BRIAN E. HAWES

11

12                                                   By_____/s/_____
                                                           Brian E. Hawes

13                                                   Attorneys for Plaintiff
                                                     THOMAS KINGERY
14

15     IT IS SO ORDERED.  THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO
16  _January 5, 2007 @ 8:30 a.m._____  .

17

18 Dated:  _October 27, 2006_

19

20                                                   _____
                                                     United States District Court Judge

21

*IT IS SO ORDERED*
*Judge Charles R. Breyer*